**Councilperson Darrell L. CLARKE and Councilperson Donna Reed Miller, Appellants**

v.

**HOUSE OF REPRESENTATIVES of THE COMMONWEALTH of Pennsylvania and Senate of the Commonwealth of Pennsylvania, Appellees**

National Rifle Association, Vincent K. Gay, Gordon V. Gay, Jon Mirowitz, Eugene Walworth, John Olexa and Charles H. Cox, Intervenors.

Supreme Court of Pennsylvania.

Aug. 31, 2009.

cent and Gordon Gay, Mirowitz, Walworth, Olexa and Cox, Intervenors.

### *ORDER*

PER CURIAM.

AND NOW, this 31st day of August, 2009, the order of the Commonwealth Court is hereby **AFFIRMED**.

Jurisdiction relinquished.

David J. Perlman, George Bochetto, Bochetto & Lentz, P.C., Philadelphia, for Councilperson Darrell L. Clarke and Councilperson Donna Reed Miller, appellants.

Jonathan F. Bloom, Thomas Walter Dymek, C. Clark Hodgson, Jr., Karl Stewart Myers, Stradley, Ronon, Stevens & Young, L.L.P., Philadelphia, for House of Representatives, appellee.

Anthony Richard Holtzman, John P, Krill, Linda J. Shorey, K&L Gates, L.L.P., Harrisburg, for Senate of Pennsylvania, appellee.

Richard Feder, City of Philadelphia Law Dept., Philadelphia, for City of Philadelphia, appellee amicus curiae.

Carter Scott Shields, Shields & Hoppe, L.L.P., Media, for Nat. Rifle Ass'n, Vin-

**Councilperson Darrell L. CLARKE and Councilperson Donna Reed Miller, Appellants**